USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-14-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

## ORDER FOR ADMISSION PRO HAC VICE

Considering the Certificate of Good Standing and all other documents required by Case

Management Order No. 5 submitted by counsel, IT IS HEREBY ORDERED that:

Applicant's Name: Herbert G. Smith II

Firm Name: Venable LLP

Address: 575 7th Street, NW

City/State/Zip: Washington, DC 20004

Telephone/Fax: (202) 344-4000/(202) 344-8300

Email Address: hgsmith@venable.com

is admitted to practice pro hac vice as counsel for Merck & Co., Inc. in the above captioned case

in the United States District Court for the Southern District of New York.

Dated: March 14 2008

New York, New York

_____
United States District Judge

60238454_1.DOC

# United States District Court
# for the District of Columbia
### CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States

District Court for the District of Columbia, do hereby certify that:

### HERBERT   G.   SMITH,   II

was, on the  5ᵗʰ  day of  May  A.D.  1997  admitted to practice as an  Attorney

at  Law at the Bar of this Court, and is, according to the records of  this Court, a

member of said  Bar in good standing.

In Testimony  Whereof, I hereunto subscribe my name and affix the seal of said Court

in  the City of  Washington this  29ᵗʰ  day of  February  A.D. 2008.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____

**Deputy Clerk**